**Order entered November 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01137-CR

### NICHOLAS RYAN NADEAU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-83228-2018**

## ORDER

Before the Court is appellant's November 4, 2021 motion for an extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** appellant's brief due by December 8, 2021.

/s/    LANA MYERS
        JUSTICE